Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
KENNETH P. DE JESUS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH P. DE JESUS | Case No.: 2:13-cv-02113-APG-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Kenneth P. De Jesus and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 60 days from July 9, 2014 to September 7, 2014 for Plaintiff to file his Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  fully research the issues presented.

3  DATE: July 9, 2014                    Respectfully submitted,

4                                        ROHLFING & KALAGIAN, LLP

5                                        /s/ *Marc V. Kalagian*

6                            BY: _____
                                        Marc V. Kalagian
7                                        Attorney for plaintiff Mr. Kenneth P. De Jesus

8

9  DATE:  July 9, 2014
                                        DANIEL G. BOGDEN
10                                       United States Attorney

11                                       /s/ *Heather M. Moss*

12                           BY: _____
                                        HEATHER M. MOSS
13                                       Assistant Regional Counsel
                                        Attorneys for defendant Carolyn W. Colvin
14                                       |*authorized by e-mail|

15

16  IT IS SO ORDERED:   _____
17                                       UNITED STATES MAGISTRATE JUDGE

18  DATED:  July 10, 2014.

19
20
21
22
23
24
25
26

-2-