1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
5  KENNETH P. DE JESUS

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 KENNETH P. DE JESUS            ) Case No.: 2:13-cv-02113-APG-PAL
                                  )
12          Plaintiff,            ) PLAINTIFF'S UNOPPOSED MOTION
   v.                             ) FOR EXTENSION OF TIME TO FILE
13                                ) HIS MOTION FOR REVERSAL
   CAROLYN W. COLVIN, Acting      ) AND/OR REMAND
14 Commissioner of Social Security.)
                                  )
15          Defendant.            )
                                  )
16 _____ )

17
         TO DEFENDANT CAROLYN W. COLVIN, AS THE ACTING
18
   COMMISSIONER OF SOCIAL SECURITY, AND TO HIS ATTORNEYS OF
19
   RECORD:
20

21       Plaintiff Kenneth P. De Jesus respectfully requests that the Court extend the

22 time for Plaintiff to file Motion to Remand and/or Reversal due on September 7,

23 2014 to October 22, 2014. This is Plaintiff's first request for an extension. This

24 request is allow Plaintiff's counsel additional time to fully research the issues

25 presented or otherwise plead.

26

                                        -1-

1  Plaintiff's Counsel contacted Heather M. Moss, counsel of record for
2  defendant, and Ms. Moss does not oppose this motion.

4  DATE: September 8, 2014                 Respectfully submitted,
                                            ROHLFING & KALAGIAN, LLP

                                            /s/ *Marc V. Kalagian*
                       BY: _____
                           Marc V. Kalagian
                           Attorney for plaintiff Mr. Kenneth P. De Jesus

10 DATE:  September 8, 2014
                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            /s/ *Heather M. Moss*
                       BY: _____
                           Heather M. Moss
                           Assistant Regional Counsel
                           Attorneys for defendant Carolyn W. Colvin
                           |*authorized by e-mail|

17 IT IS SO ORDERED:  _____
                      UNITED STATES MAGISTRATE JUDGE
19 DATED:  September 10, 2014