# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH P. DE JESUS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 2:13-cv-02113-APG-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 19, 20, 27) |

　　　　Magistrate Judge Leen issued a Report and Recommendation (ECF No. 27) recommending I deny plaintiff Kenneth De Jesus's motion to remand and grant defendant Carolyn Colvin's motion to affirm. De Jesus did not object to Judge Leen's Report and Recommendation. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　IT IS THEREFORE ORDERED that the Report and Recommendation **(ECF No. 27) is accepted**.

　　　　IT IS FURTHER ORDERED that plaintiff Kenneth De Jesus's motion to remand **(ECF No. 19) is DENIED** and defendant Carolyn W. Colvin's motion to affirm **(ECF No. 20) is GRANTED.** The clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Kenneth De Jesus.

　　　　DATED this 28th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE